AUG 2 0 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 03 CR 1123 |
| ) | |
| GREY EDMUNDSON SHELTON ) | Hon. Joan Humphrey Lefkow |

## NOTICE OF MOTION

TO:  Torrance Patrick Wilkins    Heather Winslow            Grey Edmundson Shelton
     U.S. Probation Officer      Federal Defender Program   41 West 107th Street
     55 E. Monroe Street         55 E. Monroe Street        Chicago, IL 60628
     Suite 1500                  Suite 2800
     Chicago, IL 60603           Chicago, IL 60603

PLEASE TAKE NOTICE that on Wednesday, August 25, 2004, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Joan Humphrey Lefkow, in the courtroom 1925 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:

**GOVERNMENT'S MOTION FOR A RULE TO SHOW CAUSE WHY DEFENDANT'S SUPERVISED RELEASE SHOULD NOT BE REVOKED** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK S. LAYNG, Assistant US Attorney
219 South Dearborn St. - 5th Floor
Chicago, Illinois 60604
(312) 886-7633

## AFFIDAVIT OF MAILING

**Patrick S. Layng,** Assistant U.S. Attorney, being first duly sworn on oath deposes and says that he is employed in the Office of the United States Attorney for the Northern District of Illinois; that on the 13th day of August, 2004, he caused a copy of the foregoing Notice and the above-described motion to be mailed to the above-named individual(s) on said date.

PATRICK S. LAYNG, Assistant US Attorney

Subscribed and sworn to before me
This 13th day of August, 2004

"OFFICIAL SEAL"
Nelly E. Arboleda
Notary Public, State of Illinois
My Commission Exp. 10/03/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 03 CR 1123 |
| v. | ) | Hon. Joan H. Lefkow |
| | ) | |
| GREY EDMUNDSON SHELTON | ) | |

**GOVERNMENT'S MOTION FOR A RULE TO SHOW CAUSE WHY DEFENDANT'S SUPERVISED RELEASE SHOULD NOT BE REVOKED**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a Rule to Show Cause why the defendant's supervised release should not be revoked for the reasons set forth in the Special Report of United States Probation Officer Torrance P. Wilkins, dated July 28, 2004.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
Patrick S. Layng
Assistant United States Attorney
219 South Dearborn
Chicago, Illinois 60604
(312) 886-7633