

# United States District Court for the Northern District of Illinois

Case Number: 03-CR-1123      Assigned/Issued By: ks

Judge Name: Lefkow      Designated Magistrate Judge: Levin

## FEE INFORMATION

**Amount Due:**  ☐ $400.00   ☐ $46.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

## ISSUANCES

☐ Summons                         ☐ Alias Summons
☐ Third Party Summons             ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
☑ Citation to Discover Assets     _____
☐ Writ _____     (Victim, Against and $ Amount)
  (Type of Writ)

_1_ Original and _1_ copies on _1/29/2018_ as to _as to LaSalle Amo Commerical_
                               (Date)
Real Estate Holdings,LLC (Third Party)(No Notice)

Rev. 08/19/2016

Issued by the
# United States District Court
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

GRAY EDMUNDSON SHELTON

**THIRD-PARTY CITATION TO DISCOVER ASSETS**

CASE NUMBER: 03 CR 1123

TO: Lasalle Amo Commercial Real Estate Holdings LLC, c/o Registered Agent: Garcia Michaels, 70 W. Madison St., Suite 1400 Chicago, IL 60602

On March 10, 1999, the court entered judgment in favor of the United States and against Gray Edmundson Shelton, ***-**-2372, and it remains unsatisfied in the total amount of $405,268.58.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are required to withhold the payment or transfer of any money or other property no more than twice the amount of the unsatisfied judgment.

**YOUR FAILURE TO APPEAR AND ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | COURTROOM | DATE AND TIME |
|---|---|---|
|  |  |  |

X YOU ARE COMMANDED to appear in the Office of the United States Attorney at the place, date, and time specified below to be examined under oath to discover assets or income not exempt from the enforcement of the judgment.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 | February 19, 2018 at 10:30 a.m. <br> A timely written answer will make your personal appearance unnecessary |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents at the place, date, and time specified above: See attached rider.

**CERTIFICATE OF ATTORNEY**

The undersigned certifies under penalties of perjury provided by law (735 ILCS 5/1-109) that on March 10, 1999 judgment was entered against the defendant in the amount of $223,861.65 in the **United States District Court for the Northern District of Illinois** in case number 03 CR 1123, and the balance now due is $405,268.58.

Joseph A. Stewart, Assistant United States Attorney, 219 S. Dearborn Street, 5th Fl., Chicago, Illinois 60604; (312) 469-6298. joseph.stewart@usdoj.gov

**THOMAS G. BRUTON, Clerk of the District Court**

(By) Deputy Clerk

1/29/2018